# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL CONFERENCE MINUTE ORDER

| **Date:** July 6, 2016 | **Time:** 1:35 - 1:40 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 14-cv-00120-DMR | **Case Name:** Ha v. Bank of America , N.A. | |

**Attorney for Plaintiff:** Sarah Shapero (by telephone)
**Attorney for Defendant:** B. Ben Mohandesi (by telephone)

**Deputy Clerk:** Angella Meuleman            **FTR:** Not Reported

## PROCEEDINGS

Further Case Management Conference held.

## SUMMARY

The date for plaintiff to provide the lump sum payment is extended to 8/10/2016. Should payment not be made by that date, defendant shall file the motion to dismiss by 9/30/2016. Joint status report due 9/30/2016.

cc: Chambers