IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-00120 EMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER VACATING ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE FOR 28 U.S.C. § 2255 MOTION |
| v. | |
| LUIS ALBERTO CID-SALINAS, | |
| Defendant. | |

In light of Luis Alberto Cid-Salinas's voluntary dismissal of his pro se Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, the Order to Show Cause and briefing schedule issued on June 29, 2016 (Dkt. 787) are hereby VACATED.

IT IS SO ORDERED.

July 15, 2016
DATED

Edward M. Chen
United States District Judge

[PROPOSED] ORDER VACATING ORDER TO SHOW CAUSE AND BRIEFING SCHEDULE
CR 14-00120 EMC