Matthew D. Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902
email@mellenlawfirm.com

Attorneys for Plaintiff,
MINA HA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINA HA, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF NEW YORK, MELLON, a national association; RESURGENT CAPITAL SERVICES, L.P., a business entity; and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 5:14-cv-00120-PSG<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

## NOTICE OF SETTLEMENT

Plaintiff MINA HA, by and through her counsel of record, hereby notifies the Court that the Parties have reached settlement of the above-entitled matter which will fully dispose of the entire matter. The Parties are in the process of finalizing this settlement and anticipate that the Parties will submit a stipulation for dismissal with prejudice within sixty (60) days.

DATED: September 29, 2016                Respectfully submitted,

                                         MELLEN LAW FIRM


                                          __/s/ Sarah Shapero_____
                                         Sarah Shapero, Esq.
                                         Attorneys for Plaintiff
                                         MINA HA